O

FILED
CLERK, U.S. DISTRICT COURT
JUL 11 2014
CENTRAL DISTRICT OF CALIFORNIA
BY  DV  DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA T. HOWARD,<br><br>        Petitioner,<br><br>vs.<br><br>WARDEN HOLLAND,<br><br>        Respondent. | Case No. CV 13-8327-MWF (RNB)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendations of the Magistrate Judge.

        IT THEREFORE IS ORDERED that (1) respondent's Motion to Dismiss is granted; and (2) Judgment be entered dismissing this action with prejudice.

DATED: July 10, 2014

                                                      _/s/ Michael W. Fitzgerald_
                                                    MICHAEL W. FITZGERALD
                                                    UNITED STATES DISTRICT JUDGE