JS-6
Entered

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JOSHUA T. HOWARD,

    Petitioner,

vs.

WARDEN HOLLAND,

    Respondent.

Case No. CV 13-8327-MWF (RNB)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: July 10, 2014

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE